## 19446. . CASWELL *v.* THE STATE.

LUKE, J. The only special ground of the motion for a new trial alleges error in failure to charge the law of circumstantial evidence. The defendant's conviction not being wholly dependent upon circumstantial evidence, this was not error.

The evidence authorized the verdict.

*Judgment affirmed. Broyles, C. J., and Bloodworth, J., concur.*

DECIDED APRIL 9, 1929.

*M. U. Mooty,* for plaintiff in error.
*L. L. Meadors, solicitor,* contra.

## 19447. HAYES *v.* THE STATE.

BLOODWORTH, J. The evidence authorized the defendant's conviction, and the motion for a new trial, which was based on the general grounds only, was properly overruled.

*Judgment affirmed. Broyles, C. J., and Luke, J., concur.*

DECIDED APRIL 9, 1929.

*Clarence T. Guylon,* for plaintiff in error.
*John C. Hollingsworth, solicitor-general, W. G. Neville, solicitor-general,* contra.

## 19448. MITCHELL *v.* THE STATE.

BROYLES, C. J. The verdict was authorized by the evidence, and the motion for a new trial contained the usual general grounds only.

*Judgment affirmed. Luke and Bloodworth, JJ., concur.*

DECIDED APRIL 9, 1929.

*Tillou Von Nunes, Irma Von Nunes,* for plaintiff in error.
*D. P. Phillips, solicitor,* contra.